IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JALLAH K. BOLAY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF NEBRASKA, ANDREW CORBIN, BRANDON HOLLISTER, LEADERSHIP AND ADMINISTRATION LRC,  LINCOLN REGIONAL CENTER, (LRC);  COUNTY COURT OF LANCASTER COUNTY, THOMAS ZIMMERMAN, TIMOTHY PHILLIPS, and  LEADERSHIP AND ADMINISTRATION OF LANCASTER COUNTY COURT,<br><br>　　　　　　Defendants. | 8:24CV280<br><br>MEMORANDUM AND ORDER |

　　This matter is before the Court on its own motion. The above-captioned matter has been provisionally filed on July 15, 2024. Filing No. 1.  However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected.  To assure further consideration of the Complaint, Plaintiff must correct the defect listed below.  FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE COMPLAINT.

　　Plaintiff has failed to sign either the Complaint, Filing No. 1, and the document docketed as a Supplement to the Complaint, Filing No. 7, in accordance with Federal Rule of Civil Procedure 11 and the Court's Local Rules.  This matter cannot proceed until the Complaint is signed.

　　Plaintiff is further advised that he must keep the Court informed of his current address at all times.  See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  Plaintiff provided a

residential address for himself in materials sent to the Court, see, e.g., Filing No. 1 at 29; Filing No. 6 at 5, but he also indicates in his pending motions for leave to proceed in forma pauperis that he is confined in the Lincoln Regional Center, Filing No. 6 at 1; Filing No. 8 at 1. In correcting the defect in his Complaint, Plaintiff should also specify his correct physical mailing address.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before **December 12, 2024**.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **December 12, 2024**: deadline for submission of a signed complaint.

4. No further review of this case shall take place until Plaintiff complies with this order.

5. Plaintiff is further advised that he must keep the Court informed of his current address at all times. Failure to do so may result in dismissal of this matter without further notice.

Dated this 12th day of November, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge